# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Mahesh Khatri, | ) | CASE NO.: 5:18-cv-02962 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ohio State University, *et al.*, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Defendants. | ) | **ORDER AND OPINION** |
| | ) | |

This Court has examined the Report and Recommendation of the Magistrate Judge submitted in this matter on January 17, 2020. (R. & R., ECF No. 49.) Upon due consideration, and as no objections have been filed by the parties, this Court adopts the Report and Recommendation of the Magistrate Judge and incorporates its conclusions herein.

Specifically, Defendant Ohio State University's ("OSU") Motion for Judgment on the Pleadings is hereby DENIED as MOOT. (OSU's Mot. J. on Pleadings, ECF No. 10.) Plaintiff's Partial Motion for judgment on the Pleadings is also DENIED. (Pl.'s Mot. J. on Pleadings, ECF No. 31.) Finally, the Motion to Dismiss Plaintiff's First Amended Complaint filed by all Defendants is hereby GRANTED. (Defs.' Mot. to Dismiss, ECF No. 25.) Therefore, all of Plaintiff's federal claims are hereby DISMISSED WITH PREJUDICE. This Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, which are, therefore, DISMISSED WITHOUT PREJUDICE. As all claims against all parties have been dismissed, this matter is hereby closed.

Finally, this Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

DATE: February 3, 2020                    /s/ John R. Adams_____
                                          Judge John R. Adams
                                          UNITED STATES DISTRICT COURT