# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 21-3193

Filed: April 13, 2022

MAHESH KHATRI

          5:18cv2962 - JRA

    Plaintiff - Appellant

v.

OHIO STATE UNIVERSITY; DAVID BENFIELD, Associate Vice President of Agriculture Administrator and Director of the Wooster Campus OARDC, The Ohio State University; YEHIA MOHAMED SAIF, Professor and Head Emeritus Food Animal Health Research Program OARDC, The Ohio State University; CHANG-WON LEE, Professor Food Animal Health Research Program OARDC, The Ohio State University; GIREESH RAJASHEKARA, Food Animal Health Research Program OARDC, The Ohio State University; ELAYNE M. SIEGFRIED, Human Resources Director College of Food, Agricultural and Environmental Sciences

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/25/2022 the mandate for this case hereby issues today.  Affirmed

COSTS: None